**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**MARK E. FROHMAN,**

       **Plaintiff,**

**v.**                                                                       **Case No. 8:03-cv-2055-T-TBM**

**METROPLOITAN PROPERTY AND**
**CASUALTY INSURANCE COMPANTY,**

       **Defendant.**

_____/

**O R D E R**

THIS CAUSE is before the court on the oral motion of Kerry McGuinn, Jr.,  for

permission to bring cell phones into the Sam M. Gibbons United States Courthouse pursuant

to Local Rule 4.11(b).  The motion is hereby **GRANTED** as follows:

| | |
|---|---|
| Name of Persons Allowed to Bring in Devices: | Kerry McGuinn, Jr. & Michael Rywant |
| Type of Device(s): | Samsung cell phone and Blackberry PDA |
| Location Device(s) Allowed: | Room 1021 (Mediation room) |
| Dates: | June 14, 2005 |

The person(s) authorized by this Order shall present copy of this Order to security

personnel each time that person(s) enter(s) the courthouse with such equipment.  In their

discretion, courthouse security personnel may require the authorized person to present picture

identification at the time of entry.  The equipment described above is subject to inspection at

any time by courthouse security personnel.

  **Done and Ordered** in Tampa, Florida, this 13th day of June 2005.


                     _____
                      THOMAS B. McCOUN III
                      UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record
U.S. Marshal
Court Security Officers